The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>James D. Mayfield, (Jackson et al.)<br><br>Defendant. | NO. 3:92-CR-01781-4 RJB<br><br>**DEFENDANT'S MOTION TO SEAL**<br><br>NOTED: February 26, 2021 |

James D. Mayfield, by and through his attorney Zachary Jarvis, hereby moves this Court for an Order to Seal **Exhibit C and Exhibit D** to the Declaration of Counsel Supporting Mr. Mayfield's Motion for Compassionate Release Pursuant To 18 U.S.C. 3582(C)(1). Mr. Mayfield requests that the Court seal these two specific exhibits (medical records) because each contain both identifying information and otherwise highly personal, medical content that should not be available to the general public.

//
//
//

Motion to Seal
*US v. Mayfield,* 3:92-CR-01781-4 RJB

- 1

HART JARVIS MURRAY CHANG
155 NE 100TH ST., SUITE 210
SEATTLE, WASHINGTON 98125
(206) 735-7474

The Defendant hereby requests that **EXHIBITS C and D** to the Declaration of Counsel Supporting Mr. Mayfield's Motion for Compassionate Release Pursuant To 18 U.S.C. 3582(C)(1), which will be filed under seal following this motion, be allowed to remain under seal due to the sensitive, personal and medical information contained therein pertaining to Mr. Mayfield. A proposed order accompanies this pleading.

DATED this 18th day of February, 2021.

Respectfully submitted,

*s/ Zachary W. Jarvis*
ZACHARY W. JARVIS
Attorney for Defendant Mayfield
Hart Jarvis Murray Chang PLLC
155 NE 100th St. Suite 210
Seattle, WA 98125
zjarvis@hjmc-law.com

Motion to Seal
*US v. Mayfield,* 3:92-CR-01781-4 RJB
- 2

HART JARVIS MURRAY CHANG
155 NE 100TH ST., SUITE 210
SEATTLE, WASHINGTON 98125
(206) 735-7474

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participating counsel for this cause number.

                                *s/ Zachary Jarvis*
                                ZACHARY W. JARVIS
                                Attorney for MAYFIELD
                                Hart Jarvis Murray Chang PLLC
                                155 NE 100th St., Suite 210
                                Seattle, Washington 98125
                                Phone: 206-735-7474
                                Fax: 206-260-2950
                                E-mail: zjarvis@hjmc-law.com

Motion to Seal
*US v. Mayfield,* 3:92-CR-01781-4 RJB
- 3

HART JARVIS MURRAY CHANG
155 NE 100TH ST., SUITE 210
SEATTLE, WASHINGTON 98125
(206) 735-7474